**IT IS SO ORDERED**.
s/ *David A. Ruiz*
U.S. District Judge
1/3/2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES BELLANCA, an Ohio citizen, individually and as a representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> ZENLEADS, INC. d/b/a Apollo.io, a Delaware corporation, <br><br> Defendant. | Case No.: 1:23-cv-01094 |

## ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, JAMES BELLANCA, through his undersigned attorneys, hereby dismisses this action without prejudice.

Respectfully submitted,

JAMES BELLANCA, an Ohio citizen,
individually and as a representative of a class
of similarly-situated persons

By: */s/ Ryan M. Kelly*
     Ryan M. Kelly

ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
rkelly@andersonwanca.com